| | |
|---|---|
| Michael C. Saqui, Esq., SBN: 147853<br>Jennifer Schermerhorn, Esq., SBN: 225070<br>Helen Braginsky, Esq., SBN: 282359<br>THE SAQUI LAW GROUP<br>*Counselors to Management*<br>1420 Rocky Ridge Drive, Suite 260<br>Roseville, California 95661<br>Telephone:     (916) 782-8555<br>Facsimile:      (916) 782-8565<br>jschermerhon@laborcounselors.com<br>hbraginksy@laborcounselors.com<br><br>Attorneys for Defendants<br>TRUE LEAF FARMS, LLC<br>TRUE LEAF HOLDINGS, LLC<br>CHURCH BROTHERS, LLC<br>TOM CHURCH<br>STEVE CHURCH<br>DAVID GILL | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL GOMEZ, CESAR RUELAS, and BRENDA ACEVEDO on behalf of themselves and on behalf of all other similarly situated individuals.<br><br>                    Plaintiffs,<br><br>     vs.<br><br>TRUE LEAF FARMS, LLC, a California Limited Liability Company; TRUE LEAF HOLDINGS, LLC., a California Limited Liability Company; CHURCH BROTHERS, LLC., a California Limited Liability Company; TOM CHURCH, an individual; STEVE CHURCH, an individual; DAVID GILL, an individual; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.: 5:15-cv-02928-RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE AND<br>VACATING OTHER PENDING<br>DEADLINES** |

Pursuant to Local Rule 6-2, Plaintiffs RAFAEL GOMEZ, CESAR RUELAS, and BRENDA ACEVEDO ("Plaintiffs") and Defendants TRUE LEAF FARMS, LLC, TRUE LEAF HOLDINGS, LLC, CHURCH BROTHERS, LLC, TOM CHURCH, STEVE CHURCH and

1

*Gomez, et. al. v. True Leaf Farms LLC*, et. al                              Stipulation and [] Order re: Continuance of the
Case No. 5:15-cv-02928-RMW                                                   Case Management Conference

1  DAVID GILL (hereinafter "Defendants") through their respective attorneys of record, stipulate as
2  follows.
3      WHEREAS, Plaintiffs filed a complaint in the above-referenced matter in the United States
4  District Court, Northern District of California on or about June 23, 2015;
5      WHEREAS, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil
6  Procedure 12(b) on August 4, 2015 to be heard on or about October 9, 2015;
7      WHEREAS, the Case Management Conference is scheduled to occur on September 18,
8  2015;
9      WHEREAS, only one extension of time, for Defendants to file a response to Plaintiffs'
10 complaint in the above-referenced matter, has been previously requested and obtained;
11     WHEREAS, the parties agree that a 28-day continuance of the Case Management
12 Conference until after Defendants' motion is heard on October 9, 2015, and all currently pending
13 deadlines, will permit a more efficient case management, will serve the interests of judicial
14 economy, and will conserve party and court resources;
15 ///
16 ///
17 ///
18
19
20
21
22
23
24
25
26
27
28

1    NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby stipulate and
2  agree, through their respective counsel, as follows:
3    The September 18, 2015 Case Management Conference and all currently pending deadlines
4  shall be taken off calendar, and rescheduled twenty-eight (28) days after the hearing date on
5  Defendants' motion, on November 6, 2015, or on another date that is convenient for the Court,
6  __November 6, 2015 at 10:30 a.m._____.
7    **IT IS SO STIPULATED.**
8  DATED:  August 5, 2015

9  THE SAQUI LAW GROUP                                The Downey Law Firm, LLC
10 *Counselors to Management*

11 By: */s/ Jennifer M. Schermerhorn*                 By: */s/ Eric D. Rouen*
12     Jennifer M. Schermerhorn                           Eric D. Rouen
       Attorneys for Defendants                           Attorneys for Plaintiffs
13     TRUE LEAF FARMS, LLC                               RAFAEL GOMEZ, CESAR RUELAS, and
       TRUE LEAF HOLDINGS, LLC                            BRENDA ACEVEDO
14     CHURCH BROTHERS, LLC
15     TOM CHURCH
       STEVE CHURCH
16     DAVID GILL

17

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19                                                   /s/ Ronald M. Whyte
20 DATED: __8/11/15_____                      _____
21                                                   THE HONORABLE RONALD M. WHYTE
                                                     UNITED STATES DISTRICT JUDGE

3

*Gomez, et. al. v. True Leaf Farms LLC*, et. al        Stipulation and [] Order re: Continuance of the
Case No. 5:15-cv-02928-RMW                             Case Management Conference