STUART R. CHANDLER, SBN 088969
Attorney at Law
761 East Locust Avenue, Suite 101
Fresno, California 93720
Phone (559) 431-7770
Fax (559) 431-7778

ERIC D. ROUEN, SBN 242341
The Downey Law Firm, LLC
P.O. Box 1021
Unionville, Pa 19375
Phone (610) 324-2848
Fax (610) 813-4579

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRIST OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL GOMEZ, CESAR RUELAS, and BRENDA ACEVEDO, on behalf of themselves and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUE LEAF FARMS, LLC, A California Limited Liability Company; TRUE LEAF HOLDINGS, LLC, A California Limited Liability Company; CHURCH BROTHERS, LLC, A California Limited Liability Company; TOM CHURCH, An Individual; STEVE CHURCH, An Individual; DAVID GILL, An Individual; and, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:15-cv-02928-~~NC~~ RMW<br><br>*Complaint Filed: June 23, 2015*<br><br>**APPLICATION AND ~~[PROPOSED]~~ ORDER TO ALLOW PLAINTIFFS' COUNSEL, STUART R. CHANDLER, TO APPEAR BY COURTCALL AT THE APRIL 22, 2016 CASE MANAGEMENT CONFERENCE**<br><br>**Hearing Date: April 22, 2016**<br>**Time: 10:30 a.m.**<br>**Courtroom 6** |

I, STUART R. CHANDLER, hereby make this Application to appear by CourtCall at the Case Management Conference scheduled to be heard before Your Honor on Friday, April 22, 2016.

1. I am Co-Counsel for the Plaintiffs and those similarly situated in this case.

2. My office is located in Fresno, California.

3. The Court hearing set for April 22, 2016 is a Case Management Conference. Based on

– 1 –

APPLICATION AND ~~[PROPOSED]~~ ORDER ALLOWING PLAINTIFFS' COUNSEL, STUART R. CHANDLER, TO APPEAR BY COURTCALL AT THE APRIL 22, 2016 CASE MANAGEMENT CONFERENCE

on Your Honor's calendar information located on the Court's website, personal appearance is not required for out-of-town attorneys.

4. I am therefore respectfully requesting that Your Honor allow the undersigned to appear by CourtCall at the April 22, 2016 Case Management Conference.

Dated: April 12, 2016

Respectfully Submitted,

_____
Stuart R. Chandler, Co-Counsel for Plaintiffs
and those similarly situated

### [PROPOSED] ORDER

This Court has reviewed Stuart R. Chandler's Application to appear by CourtCall at the Case Management Conference scheduled for Friday, April 22, 2016 and good cause appearing therefor:

IT IS HEREBY ORDERED that Stuart R. Chandler's Application to Appear by CourtCall at the Case Management Conference set for April 22, 2016 at 10:30 a.m. in Courtroom 6 of the Northern District Court of California, San Jose Division is hereby GRANTED.

Dated: April 13, 2016

*Ronald M. Whyte*
HONORABLE RONALD WHYTE
Judge of the Northern District Court, San Jose Division, Courtroom 6