**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| RAFAEL GOMEZ, CESAR RUELAS, and BRENDA ACEVEDO on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TRUE LEAF FARMS, LLC, a California Limited Liability Company; TRUE LEAF HOLDINGS, LLC, a California Limited Liability Company; CHURCH BROTHERS, LLC, a California Limited Liability Company; TOM CHURCH, an individual; STEVE CHURCH, an individual; DAVID GILL, an individual; and DOES 1 through 50, inclusive<br><br>    Defendant(s). | Case No.    5:15-cv-02928-RMW<br><br>**CLASS ACTION**<br><br>**ORDER ON FURTHER CASE MANAGEMENT CONFERENCE AND CONTINUING PLAINTIFFS' DISCOVERY MOTION**<br><br>Date:         July 22, 2016<br>Time:        9:00 a.m.<br>Judge:       Hon. Ronald M. Whyte<br>Courtroom: 6 – Fourth Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs' discovery motion and the Case Management Conference having come on regularly before the Court on July 22, 2016, and all parties having had notice and opportunity to be heard on these matters, the Court makes the following ruling:

**IT IS HEREBY ORDERED** that this matter is referred to Mediator Michael Loeb, Esq. of JAMS for private mediation to be scheduled within ninety (90) days of this order, subject to Mr. Loeb's acceptance, availability, and determination that the matter should be set within ninety (90) days. Plaintiffs and Defendants shall each be responsible for half of Mr. Loeb's fees and costs.

///

///

1

Gomez, et. al. v. True Leaf Farms LLC, et. al.                         Order on Further Case Management Conference
Case No. 5:15-cv-02928                                                         and Continuing Plaintiffs' Discovery Motion

Should Mr. Loeb not be available within ninety (90) days of this order, the parties shall schedule a mutually acceptable date for mediation with Mr. Loeb as early as practicable. Should Mr. Loeb decline the mediation referral, the parties shall select a mutually agreeable mediator and date as soon as practical, unless the parties stipulate otherwise.

**IT IS FURTHER ORDERED** that Mr. Loeb may consolidate this Mediation with the Mediation in the *Norzagaray* State case (San Benito County Case No. CU-14-00160) if he believes that it would be beneficial and the parties to the *Norzagaray* State case agree.

**IT IS FURTHER ORDERED** that a further case management conference is set for **October 7, 2016**. Should this mater not settle before the aforementioned case management conference, potential dates for Defendants' Motion to Enforce Settlement Agreements, Plaintiffs' pending Motion to Compel Discovery [Docket No. 76], and any motion to amend the Complaint shall be discussed and/or set for hearing.

**IT IS SO ORDERED.**

Dated: 8/4/2016                         By: *Ronald M. Whyte*
                                        The Honorable Judge Ronald M. Whyte
                                        United States District Court
                                        Northern District of California, San Jose Division

2

Gomez, et. al. v. True Leaf Farms LLC, et. al.          Order on Further Case Management Conference
Case No. 5:15-cv-02928                                   and Continuing Plaintiffs' Discovery Motion